181 So. 301

A. L. BURNETTE v. STATE.

8 Div. 892.

Supreme Court of Alabama.

May 12, 1938.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of A. L. Burnette for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Burnette v. State, 181 So. 299.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.